UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIBERTY REFUND ANTICIPATION
LOAN LITIGATION                                                                                            MDL No. 2334

ORDER RENAMING LITIGATION

When this litigation was commenced on December 9, 2011, with the filing of a motion by plaintiffs Zaneta Houston, et al.; Sandy K. Morton, et al.; Anthony Johnson, et al.; Charles Madubuike, et al.; Pamela Patterson; William Wimbley, et al.; Timothy Rowden; and Norma Molina-Servin, for transfer pursuant to 28 U.S.C. § 1407, the Clerk of the Panel captioned it as *IN RE: Refund Anticipation Loan Litigation*. Pursuant to the Panel's Transfer Order issued on April 16, 2012, it is appropriate at this time to rename MDL No. 2334.

IT IS THEREFORE ORDERED that this litigation is renamed as : *IN RE: Liberty Refund Anticipation Loan Litigation*.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel